# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

STEPHEN JOHN ALVELO,            )
                                )
    Plaintiff,              )
                                )
v.                              )    Case No. CV407-157
                                )
AL ST. LAWRENCE, Sheriff,       )
and MCARTHUR HOLMES,            )
Administrator,                  )
                                )
    Defendants.             )

## REPORT AND RECOMMENDATION

On October 11, 2007, Stephen John Alvelo filed a complaint pursuant to 42 U.S.C. § 1983 seeking damages and injunctive relief from defendants Al St. Lawrence and McArthur Holmes. Doc. 1. Alvelo failed to include either a filing fee or a motion to proceed *in forma pauperis* with his complaint. On October 12, 2007, the Clerk of Court mailed a deficiency notice to Alvelo indicating that his failure to either pay the filing fee or file a motion to proceed *in forma pauperis* would result in the dismissal of his complaint

without prejudice. On October 19, 2007, that deficiency notice was returned to the Court as undeliverable. In addition, Alvelo has made no further filings in this case since filing his complaint on October 11. Accordingly, his complaint should be **DISMISSED** without prejudice.

**SO REPORTED AND RECOMMENDED** this 27th day of **November 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA